No. 98-302. AIRBORNE FREIGHT CORP., DBA AIRBORNE EXPRESS v. KELLEY. C. A. 1st Cir. Certiorari denied.

No. 98-311. ISLANDER EAST RENTAL PROGRAM ET AL. v. BARFIELD ET AL. C. A. 5th Cir. Certiorari denied.

No. 98-319. OBREGON ET UX. v. ALLSTATE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-323. SHONG-CHING TONG v. MCMAHON ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-343. NORLAND v. GRINNELL MUTUAL REINSURANCE CO. ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 98-375. VERS, AN INCOMPETENT, BY HER DISCHARGED PERMANENT CONSERVATOR AND GUARDIAN AD LITEM, VERS, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-416. NSBD, DBA FAIRLANE TOWN CENTER v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 98-420. AIELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98-427. CHICAGO MILWAUKEE CORP. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98-435. ELECTRONIC ENGINEERING CO. v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 98-5001. BENSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-5094. JONES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98-5134. CRIBBS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.